Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450 0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 8:24-cv-00968-DOC |
| Plaintiff, | **DECLARATION OF COUNSEL** |
| vs. | |
| SCALZO FAMILY PARTNERSHIP LP, | |
| Defendant. | |

Peter Kristofer Strojnik declares as follows:

1. I am an adult resident of the State of Arizona. I am competent to testify as to all of the facts set forth herein and will so testify if called upon to do so. I have personal knowledge of the matters set forth herein, based upon my observations and personal participation in the events described below.

2. I am an attorney licensed to practice law before all federal and state courts in the State of California. I am counsel of record for Plaintiff Theresa Brooke in the matter above captioned.

3. I have prosecuted this case diligently. After having difficulty locating Defendant, it was finally located. Defendant retained an attorney, and I and that attorney have come to a settlement of behalf of our clients.

4. I have worked with this attorney at least 100 times, and I anticipate filing closing papers within 30 days based on my past experience working with this attorney.

5. I believe that having settled the case in less than 90 days after filing the action shows a diligent prosecution of the case and, at the same time, will lighten the caseload for this already-busy court.

6. With respect, I will allow this Declaration to serve a simultaneous function of providing notice of the settlement of the case.

7. I declare the foregoing is true and correct under the penalty of perjury to the best of my knowledge, recollection and information.

Further the declarant sayeth naught.

DATED this 31st day of July, 2024.

_____
Peter Kristofer Strojnik